**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **Case No. 3:17cr130** |
| **KENNETH JOHNSON,** | : | **JUDGE WALTER H. RICE** |
| **Defendant.** | : | |

---

**AMENDED PRELIMINARY PRETRIAL ORDER;
NEW TRIAL DATE AND OTHER DATES SET**

---

| | |
|---|---|
| Date of Scheduling Conference | from 3/19/2018 on 3/9/2018 |
| Jury Trial Date | 4/16/2018 |
| Final Pretrial Conference (by telephone) | Monday, 4/9/2018 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | expired |
|     Other Motions | 4/9/2018 |
| Discovery Cut-off | 4/6/2018 |
| Speedy Trial Deadline | 4/17/2018 |

April 3, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE