| | |
|---|---|
| **BEST CASE/WORST CASE HEARING** | **Date: April 2, 2019** |
| **USA v. Kenneth Johnson** | **CASE NUMBER: 3:17cr130** |
| **Plaintiff's Attorney: AUSA, Sheila Lafferty** | **Defendant's Attorney: Aaron Durden** |

Conference held in conference room with counsel for defendant, government counsel, and Court Reporter.

Conference concluded.

Court convened.

Defendant appeared with counsel.

Statement by the Court. Dialogue between the Court, counsel for defendant, and defendant.

Government counsel set forth best case and worst case.

Dialogue between the Court, counsel for defendant, and government counsel. Statement by government counsel. Dialogue between the court and counsel for defendant. Dialogue between the Court and government counsel. Statement by the Court.

Recess taken.

Conference held with counsel for defendant, government counsel, and Court Reporter.

The Court sets this matter for Best Case/Worst Case Hearing on **Friday, April 5, 2019 at 2:00 p.m.** and for Jury Trial on **Monday, June 17, 2019 at 9:00 a.m.**

Speedy trial finding made to 6/1/2019.

| | | | |
|---|---|---|---|
| COURT REPORTER: | Debra Futrell | CONVENE: | 10:51/11:05/11:15/12:00 |
| DEPUTY CLERK: | Tisha Parker | RECESS: | 11:02/11:15/11:30/12:15 |